187 So. 504

### T. Z. BARFIELD v. STATE.

### 4 Div. 79.

Supreme Court of Alabama.
March 16, 1939.

W. Perry Calhoun, of Dothan, for the motion.

Thos. S. Lawson, Atty. Gen., opposed.

GARDNER, Justice.

Petition of T. Z. Barfield for certiorari to Court of Appeals to review and revise the judgment and decision of that court in the case of Barfield v. State, 187 So. 504.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.